# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felisa Tunac,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>　　　　Defendants. | NO. CV-16-00982-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 5, 2016, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 5, 2016

　　　　　　　　　　　　　　　　　s/ Kenneth G. Miller
　　　　　　　　　　　　　By　　Deputy Clerk